NORMAN J. WATKINS (SBN 87327)
nwatkins@lynberg.com
SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
TINA A. SAPOUNAKIS (SBN 294371)           JS-6
tsapounakis@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for COUNTY OF SAN BERNARDINO and SHERIFF MCMAHON

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ARROYO, an individual and as successor in interest to the estate of GONZALO ARROYO<br><br>Plaintiffs,<br><br>vs.<br><br>SAN BERNARDINO COUNTY SHERIFF; COUNTY OF SAN BERNARDINO; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. CV-15-00526 VAP (DTB)<br><br>*Assigned for All Purposes to:*<br>*Hon. Virginia A. Phillips – Courtroom 2*<br><br>**[PROPOSED] ORDER TO REQUEST FOR DISMISSAL WITH PREJUDICE PURUSANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)** |

## ORDER

The Court, having reviewed the substance of the parties' stipulation filed pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), hereby grants the parties' requests as follows:

The above-captioned action is dismissed with prejudice by all Plaintiffs as against all Defendants pursuant to 41(a)(1)(ii) of the Federal Rules of Civil Procedure and in accordance with the terms of the Settlement Agreement and General Release executed by the parties.

Each of the parties shall bear their own costs of suit and attorney's fees they incurred in connection with this action as set forth in the Settlement Agreement and General Release executed by the parties.

**IT IS SO ORDERED.**

DATED: May 7, 2015

By _____
HON. VIRGINIA A. PHILLIPS
U.S. DISTRICT COURT JUDGE